```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

VANESSA ALLEN BROWN,

    Plaintiff

    v.                                                     C-1-02-489

SCHRUDDE & ZIMMERMAN INC.

    Defendant

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled as to all claims;

**IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated. All motions pending before this Court are hereby rendered **MOOT** and are **DENIED**.

        **IT IS SO ORDERED.**

                                                        ____s/Herman J. Weber____

                                                        Herman J. Weber, Senior Judge

                                                        United States District Court