UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VANESSA ALLEN-BROWN, | : | CASE NO.: C-1-02-489 |
| Plaintiff | : | Judge Herman J. Weber |
| v. | : | **AGREED ENTRY OF DISMISSAL WITH PREJUDICE** |
| SCHRUDDE & ZIMMERMAN, | : | |
| Defendant | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All matters of controversy between the parties having been settled, adjusted and/or compromised, thereby all claims amongst the parties are hereby dismissed with prejudice, at the cost of the Defendant.

Dated this 28th day of April, 2004.

_____
Judge Herman J. Weber,
Senior Judge

HAVE BEEN AND AGREED:

_____
Michael B. Ganson
MICHAEL B. GANSON CO., L.P.A.
Park Avenue Lawyers' Bldg.
2306 Park Avenue, Suite 101
Cincinnati, OH 45202-2712
Attorney for Plaintiff,
Vanessa Allen-Brown

_____
Timothy B. Schenkel (0061110)
FREUND, FREEZE & ARNOLD
Fourth & Walnut Center
105 East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Attorney for Defendant,
Schrudde & Zimmerman, Inc.